# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CRAIG MONTGOMERY, as**
**designated beneficiary of BRAD**
**MONTGOMERY**                                                                                    **PLAINTIFF**

**v.**                                           **4:07CV00609-WRW**

**R&L CARRIERS SHARED SERVICES,**
**L.L.C. and UNUM PROVIDENT CORP.**                                       **DEFENDANTS**

## ORDER

Pending is Defendant R&L Carriers Attorney's Motion for Admission *Pro Hac Vice* (Doc. No. 9), in which Defendant requests that Mr. Ellis B. Murov be permitted to appear *pro hac vice*. The Motion provides that Ms. Elizabeth Fletcher, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motion has been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Defendant's Motion is GRANTED, and Mr. Murov will be permitted to appear and to participate in these proceedings as counsel for R&L Carriers.

IT IS SO ORDERED this 9th day of August, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE